# United States Court of Appeals

### For the Eighth Circuit

_____

No. 14-2641

_____

Angel Romero-Romero

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: February 18, 2015
Filed: March 11, 2015
[Unpublished]

_____

Before MURPHY, BOWMAN, and SHEPHERD

_____

PER CURIAM.

Guatemalan citizen Angel Romero-Romero petitions for review of the order of the Board of Immigration Appeals upholding an immigration judge's decision to deny

withholding of removal.[1]  After careful consideration, we conclude that substantial evidence supports the denial:  Romero-Romero failed to establish a clear probability that his life or freedom would be threatened in Guatemala because of his membership in a particular social group.  See De Castro-Gutierrez v. Holder, 713 F.3d 375, 381 (8th Cir. 2013).  We deny the petition for review.

_____

_____

[1]The rulings denying asylum and relief under the Convention Against Torture are not before us in this petition for review.